UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peridot Tree, Inc., et al., | No. 2:22-cv-00289-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| City of Sacramento, et al., | |
| Defendants. | |

The plaintiffs in this action seek damages and equitable relief based on allegations that two local ordinances unconstitutionally hamper interstate commerce in cannabis. *See generally* First Am. Compl., ECF No. 12. The defendants' motion to dismiss under Rule 12(b)(1) and (6) is currently pending, and the court has oral arguments scheduled for a combined motion hearing and scheduling conference on May 27, 2022. *See* Mot. Dismiss, ECF No. 13; Min. Order, ECF No. 14. On the court's own motion, the hearing and conference are **vacated and reset for June 17, 2022 at 10:00 a.m.** before the undersigned. The parties are **directed to submit simultaneous supplemental briefs** of no more than ten pages each, to be filed by **June 3, 2022 at 5 p.m.**, addressing whether this court should abstain from adjudicating this action. *See, e.g.*, *Gopal v. Luther*, No. 21-00735, 2022 WL 504983, at *3–4 (E.D. Cal. Feb. 18, 2022) (collecting authority and abstaining from exercising jurisdiction over a dispute about contracts and regulations related to the sale and distribution of cannabis).

IT IS SO ORDERED.  DATED: May 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE