Christian Elias Kernkamp (SBN 314928)
 ck@kernkamplaw.com
KERNKAMP LAW, APC
1801 Century Park E 24 FL
Los Angeles, CA 90067
Tel: (213) 214-3030

Attorneys for Plaintiffs
Peridot Tree, Inc. and Kenneth Gay

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERIDOT TREE, INC. and KENNETH GAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SACRAMENTO and DAVINA SMITH,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00289-KJM-DB<br><br>Hon. Kimberly J. Mueller<br><br>**PLAINTIFFS' REQUEST FOR REMOTE APPEARANCE AT JUNE 17, 2022 HEARING ON MOTION TO DISMISS AND SCCHEDULING CONFERENCE**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Hearing Date:　June 17, 2022<br>Time:　　　　　10:00 a.m.<br>Location:　　　Courtroom 3 |

In accordance with Local Rule 174, Plaintiffs hereby request a remote appearance for Plaintiffs' counsel, Christian Kernkamp. Mr. Kernkamp is located in Los Angeles. Plaintiffs request a remote appearance for Mr. Kernkamp because of the coronavirus and because of the expense of travel for the client. Mr. Kernkamp prefers to appear by video, but he will appear by telephone if necessary.

DATED: June 7, 2022    KERNKAMP LAW APC

By: */s/ Christian Kernkamp*
Christian Kernkamp
Attorney for plaintiffs PERIDOT TREE, INC. and KENNETH GAY